**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA MARIE VESPA, Individually, and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER A. SINGLER, JR., an individual, CAROL S. SINGLER, an individual, and, SINGLER-ERNSTER, INC.,<br><br>　　　　Defendants,<br><br>and<br><br>SINGLER-ERNSTER, INC. EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST,<br><br>　　　　Nominal Defendant. | Case No.: 3:16-cv-03723 RS<br><br>**JOINT STIPULATION TO EXTEND MOTION SCHEDULE, HEARING, AND CASE MANAGEMENT CONFERENCE; AND [~~PROPOSED~~] ORDER THEREON** |

## ORDER OF COURT

The amended schedule is as follows:

1. Plaintiff's opposition, if any, to the Motion to Dismiss to be filed by October 10, 2016.

2. Defendant Peter A. Singler Jr.'s reply, if any, in support of the Motion to Dismiss to be filed by October 24, 2016.

3. Motion hearing on the Motion to Dismiss to be scheduled for November 10, 2016 at 1:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg.

4. Case Management Conference to be scheduled for November 17, 2016 at 10:00 AM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __10/3/16__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge of the U.S. District Court